GREENE ᴇᴛ ᴀʟ. *v.* UNITED STATES.

No. 687.   Decided April 2, 1962.

*Richard E. Moot* for petitioners.

*Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

Pᴇʀ Cᴜʀɪᴀᴍ.

The petition for writ of certiorari is granted. The judgment of the United States Court of Appeals for the Second Circuit is vacated and the case is remanded to that court with instructions to dismiss the appeal.   *DiBella* v. *United States,* 369 U. S. 121.